# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

ROBERT QUILL,
       PLAINTIFF

V.

ST. ELIZABETH'S CATHOLIC
CHURCH, a Delaware corporation,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. FRANCIS G. DELUCA and
REV. MICHAEL A. SALTARELLI,
       DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-435

TO: (Name and address of Defendant)

Francis G. DeLuca
c/o Secretary of State of Delaware, his Agent Pursuant to 10 Del C. § 3104
401 Federal Street
Dover, DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ___20___ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

JUL 12 2007

DATE

(By) DEPUTY CLERK
⌐AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 7/12/2007 @ 2:28 pm |
|---|---|
| NAME OF SERVER (PRINT) ROBERT DELACY | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

   Name of person with whom the summons and _____

☐ Returned _____

☒ Other   SERVED ON HARRIET WINDSOR, DELAWARE SECRETARY OF STATE, 401 Federal St.
           Ddelaware 19901

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   7/12/07
           Date

*Signature of Server*
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

CASE NO.: 07-435

## AFFIDAVIT OF SERVICE

**ROBERT QUILL**

    Plaintiff/Petitioner,

vs.

**ST. ELIZABETH'S CATHOLIC CHURCH, A DELAWARE CORPORATION, CATHOLIC DIOCESE OF WILMINGTON, INC., REV. FRANCIS G. DELUCA AND REV. MICHAEL A. SALTARELLI**

    Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **07/12/2007** at **10:04 AM** to be served upon:

**FRANCIS G. DELUCA**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **07/12/2007** at **02:28 PM**, I served the within **SUMMONS AND COMPLAINT** on **FRANCIS G. DELUCA** at **C/O DELAWARE SECRETARY OF STATE, HIS AGENT PURSUANT TO 10 DEL. C. § 3104, 401 FEDERAL ST, Dover, DE 19901** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: **HARRIET WINDSOR**, a person of suitable age and discretion.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___12___ day of ___July___, 20_07_.

Sworn to and subscribed before me on this
___12___ day of ___July___, 20_07_
by an affiant who is personally known to
me or produced _____

_____
NOTARY PUBLIC    MARCH 14, 2011

X _____
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **THOMAS S. NEUBERGER, ESQUIRE**
Atty File#:  - Our File# 17690