# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

ROBERT QUILL,
       **PLAINTIFF**

**V.**

ST. ELIZABETH'S CATHOLIC
CHURCH, a Delaware corporation,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. FRANCIS G. DELUCA and
REV. MICHAEL A. SALTARELLI,
       **DEFENDANTS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-435

**TO:** (Name and address of
Defendant)

Michael A. Saltarelli
1925 Delaware Avenue
Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ___20___ days after
of this summons on you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the
complaint. Any answer that you serve on the parties to this action must be filed
with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 1 2 2007

_c l e r k_

_DATE_

AO 440  (Rev. 8/01) Summons in a Civil Action

| CLERK | DATE |
|---|---|
| | |

(By) DEPUTY CLERK
AO 440  (Rev.  8/01)   Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/12/2007 @ 10:20 am |
|---|---|
| NAME OF SERVER (PRINT) ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☒ Other    SERVED TRISHA BOSSI,PERSONAL SECRETARY, AUTHORIZED TO ACCEPT SERVICE
        1925 Delaware Avenue, Wilmington, DE  19806

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed ___7/12/2007___
        Date

*Signature of Server*
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE   19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.