◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                    District of            DELAWARE

ROBERT QUILL,
        PLAINTIFF

                                            **SUMMONS IN A CIVIL CASE**
        V.
ST. ELIZABETH'S CATHOLIC
CHURCH, a Delaware corporation,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. FRANCIS G. DELUCA and        CASE NUMBER:  07-435
REV. MICHAEL A. SALTARELLI,
        DEFENDANTS


        TO: (Name and address of

ST. ELIZABETH'S ROMAN CATHOLIC CHURCH
c/o Rev. Charles C. Dillingham, Pastor
809 South Broom Street
Wilmington, DE 19805


    YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)


            Thomas S. Neuberger, Esquire
            The Neuberger Firm, P.A.
            Two East Seventh Street, Suite 302
            Wilmington, Delaware 19801
            Phone: 302-655-0582
            Fax: 302-655-9329


an answer to the complaint which is served on you with     20         days after
of this summons on you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the
complaint.  Any answer that you serve on the parties to this action must be filed
with the Clerk of this Court within a reasonable period of time after service.


        PETER T. DALLEO                          JUL 1 2 2007

CLERK                                            DATE
         *(signature)*

₳AO 440  (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
₳AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/12/2007 @ 10:02 am |
| NAME OF SERVER *(PRINT)* ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

  Name of person with whom the summons and _____

☐ Returned _____

☒ Other   SERVED BARBARA CHUDZIK FOR REV. CHARLES DILLINGHAM, AUTHORIZED TO ACCEPT SERVICE, 809 South Broom St., Wilm., DE  19805

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  7/12/2007
            Date

            *Signature of Server*
            D. M. PROFESSIONAL SERVICE
            5 Orchard Lane
            Wilmington, DE  19809
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.