# UNITED STATES DISTRICT COURT

_____ District of _____DELAWARE_____

ROBERT QUILL,
      PLAINTIFF

      V.

ST. ELIZABETH'S CATHOLIC
CHURCH, a Delaware corporation,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. FRANCIS G. DELUCA
REV. MICHAEL A. SALTARELLI,
      DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-435

TO: (Name and address of

Catholic Diocese of Wilmington, Inc.
Serving as its own registered agent
1626 N. Union St.
Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ____20____ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 1 2 2007

CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 7/12/2007 @ 10:26 am |
|---|---|
| NAME OF SERVER (PRINT) ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☒ Other   SERVED BOB KREBS, AUTHORIZED TO ACCEPT SERVICE, 1626 N. Union St., Wilmington, DE 19806

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   7/12/2007
              Date

Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.