AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

ROBERT QUILL,
   PLAINTIFF

V.

ST. ELIZABETH'S CATHOLIC
CHURCH, a Delaware corporation,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. FRANCIS G. DELUCA and
REV. MICHAEL A. SALTARELLI,
   DEFENDANTS

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Francis G. DeLuca
121 Fordland Avenue
Syracuse, NY 13208

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ___20___ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

JUL 1 2 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK
AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

_____
_____

☐ Other _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    _____
                Date                            *Signature of Server*

                                    _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Onondaga County Sheriff's Department
CERTIFICATE OF SERVICE

U S District Court

County of Out of County State of New York

| Robert Quill | Index Number - |
| vs. | Sheriff File Number – 07327469 |
| St Elizabeth's Catholic Church, a Delaware corporation, Catholic Diocese Of Wilmington, Inc., Rev. Francis G DeLuca and Rev. Michael A Saltarelli | |

I, Deputy Sheriff Karen E Monnet, Badge # 131 of the Onondaga County Sheriff's Department, Syracuse, NY, certify and affirm that on 7/19/2007 at approximately 4:10PM, at 121 Fordland Avenue Syracuse NY 13208 served the within Summons & Complaint upon Francis G DeLuca, the defendant named therein, in the following manner.

PERSONAL SERVICE
By delivering to and leaving with Francis G DeLuca personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

NON-MILITARY
At the time of service Francis G DeLuca was asked if he was in the Military Service of the U.S. Government and Francis G DeLuca replied NO.

DESCRIPTION
The person served was approximately: Skin Color: White, Hair Color: Grey, Gender: Male Height: 5' 7" Weight: 145 Age: 8/1/29 .

SERVICE ATTEMPTS
Date: 7/19/2007 Time: 12:46 pm 121 Fordland Avenue Syracuse, NY 13208

Dated:
Thursday, July 19, 2007

Karen E Monnet    131
Deputy Sheriff    Badge Number