IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | : |
|     Plaintiff, | : |
| v. | :   C.A.No. 07-435 (SLR) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation; Rev. FRANCIS G. DELUCA, individually and in his official capacity; and Rev. MICHAEL A. SALTARELLI, in his official capacity, | :   Jury Trial Demanded |
|     Defendants. | : |

## UNSWORN DECLARATION OF RAEANN WARNER, UNDER 28 U.S.C. § 1746

I, Raeann Warner, hereby depose and state as follows:

1. I make this declaration on my own personal knowledge and I will testify hereto if called as a witness.

2. I am one of plaintiff's attorneys in the above captioned action.

3. I am licensed to practice law in Delaware, Pennsylvania, and New Jersey.

4. Process was served on Defendant Francis G. DeLuca, a nonresident defendant, on July 12, 2007 by delivering a copy of the summons and complaint to the Secretary of State of Delaware pursuant to 10 Del. C. § 3104 (D.I. 4).

5. On July 17, 2007, I sent a copy of the complaint, summons, Notice of Availability of a Magistrate to Exercise Jurisdiction, and Statement Pursuant to 10 Del. C. § 3104 to Francis G. DeLuca at 121 Fordland Avenue, Syracuse, New York, 13208 via certified mail.

6. On July 23, 2007, I received the return receipt for that mailing indicating Francis G. DeLuca had accepted and signed for the notice required by statute.

7. A copy of that return receipt is attached hereto.

_____
**Raeann Warner**

I declare under penalty of perjury that the foregoing is true and correct.   Executed on July 24, 2007.

Quill, Robert/ Summons and Civil Cover Sheet / Declaration - Service 3104.wpd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francis G. DeLuca
121 Fordland Avenue
Syracuse, NY 13208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name): F. DeLuca
C. Date of Delivery: 7/20/7

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): P-050-019-588

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Neuberger Firm
Two East Seventh St, Suite 302
Wilmington, DE 19801-3707

Attn: Raeann Warner, Esq