IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435 (SLR) |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, | ) | |
| INC., a Delaware corporation, | ) | |
| ST. ELIZABETH'S ROMAN CATHOLIC | ) | |
| CHURCH, a Delaware corporation, | ) | |
| REV. FRANCIS G. DELUCA, individually and | ) | |
| in his official capacity, and MICHAEL A. | ) | |
| SALTARELLI, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein (subject to a further "meet and confer" conference among counsel and any subsequent application), that the time within which Defendants (not including Rev. Francis G. DeLuca) must answer or otherwise respond to the Complaint is extended from August 1, 2007 to August 8, 2007.

| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Thomas S. Neuberger | /s/ Timothy Jay Houseal |
| Thomas S. Neuberger (DE ID #243) | Anthony G. Flynn (DE ID #74) |
| Stephen J. Neuberger (DE ID #4440) | Neilli Mullen Walsh (DE ID #2707) |
| Two East Seventh Street, Suite 302 | Timothy Jay Houseal (DE ID #2880) |
| Wilmington, DE 19801 | The Brandywine Building |
| (302) 655-0582 | 1000 West Street, 17th Floor |
| TSN@NeubergerLaw.com | Wilmington, DE 19801 |
| SJN@NeubergerLaw.com | (302) 571-6600 |
| | (302) 571-1253 (Facsimile) |
| | aflynn@ycst.com |
| | nwalsh@ycst.com |

thouseal@ycst.com

Attorneys for Catholic Diocese of Wilmington, Inc., et al.

Dated: July 30, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Judge Sue L. Robinson