IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, | : | C.A. No. 07-435-SLR |
| INC., a Delaware corporation; ST. | : | |
| ELIZABETH'S CATHOLIC CHURCH, a | : | |
| Delaware corporation; Rev. FRANCIS G. | : | Jury Trial Demanded |
| DELUCA, individually and in his official | : | |
| capacity; and Rev. MICHAEL A. | : | |
| SALTARELLI, in his official capacity, | : | |
| | : | |
|    Defendants. | : | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 (a), St. Elizabeth's Catholic Church makes the following statement:

     There is no parent corporation or publicly held corporation that owns 10% or more of any stock in St. Elizabeth's Catholic Church.


/s/ *Mark L. Reardon*                                Mark L. Reardon, Esquire
_____           _____
MARK L. REARDON (#2627)                       Print Name
Elzufon Austin Reardon
 Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899

Dated: August 27, 2007