IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435-SLR |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., | ) | |
| ST. ELIZABETH'S CATHOLIC CHURCH, | ) | |
| Rev. FRANCIS G. DELUCA, and | ) | |
| Rev. MICHAEL A. SALTARELLI, | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE OF CORPORATION AFFILIATIONS AND FINANCIAL INTEREST
OF DEFENDANT CATHOLIC DIOCESE OF WILMINGTON, INC.**

Pursuant to FED. R. CIV. P. 7.1(a), defendant Catholic Diocese of Wilmington, Inc. states that there is no parent corporation of publicly held corporation that owns 10% or more of any stock in Catholic Diocese of Wilmington, Inc.

/s/ Anthony G. Flynn
Anthony G. Flynn (#74)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6675
Attorney for Defendant
Catholic Diocese of Wilmington, Inc.

DATED: August 27, 2007