**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT QUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435-SLR |
| | ) | |
| | ) | |
| CATHOLIC DIOCESE OF | ) | |
| WILMINGTON, INC., | ) | |
| ST. ELIZABETH'S CATHOLIC | ) | |
| CHURCH, Rev. FRANCIS G. DELUCA, | ) | |
| and Rev. MICHAEL A. SALTARELLI, in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION AND ORDER

It is hereby stipulated and agreed by and between plaintiff Robert Quill and

defendants Catholic Diocese of Wilmington, Inc. (the "Diocese") and Rev. Michael A.

Saltarelli ("Bishop Saltarelli") (collectively the "Diocesan Defendants") in the above-

captioned matter that the briefing schedule for the Diocesan Defendants' Motion to

Dismiss based upon (1) F.R.C.P. 12(b)(1) lack of subject matter jurisdiction; and (2) the

propriety of suing Bishop Saltarelli in his official capacity as agent or alter of the

Diocese, shall be as follows, subject to the approval of the Court:

1. The Diocesan Defendants will file an Answer and a Motion to Dismiss on or before Wednesday, September 12, 2007;

2. The Diocesan Defendants will file an Opening Brief in Support of their Motion to Dismiss on or before Wednesday, September 26, 2007;

3. The Plaintiff will file a Opposition Brief on or before Friday, October 26, 2007;

4.    The Diocesan Defendants will file a Reply Brief on or before Friday, November 2, 2007.

It is also stipulated and agreed, subject to the approval of the Court, that discovery can and should proceed while this motion is pending.

THE NEUBERGER FIRM P.A.

/s/ Stephen J. Neuberger
Thomas S. Neuberger, Esq. (#243)
Stephen J. Neuberger, Esq. (#4440)
The Neuberger Firm, P.A.
Two East 7th Street, Suite 302
Wilmington, DE 19801
E-mail:  tsn@neubergerlaw.com
             sjn@neubergerlaw.com
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Anthony G. Flynn
Anthony G. Flynn (#74)
Neilli Mullen Walsh (#2707)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
E-mail:  aflynn@ycst.com
             nwalsh@ycst.com
             jkinkus@ycst.com
Attorneys for Defendants Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli

Date: September 12, 2007

Date: September 12, 2007

SO ORDERED this ___ day of _____, 2007.

_____
United States District Court Judge

DB02:6223937.1

066539.1001