## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBERT QUILL,                                )
                                             )
            Plaintiff,                       )
                                             )
    v.                                       )        C.A. No. 07-435-SLR
                                             )
                                             )
CATHOLIC DIOCESE OF                          )
WILMINGTON, INC.,                            )
ST. ELIZABETH'S CATHOLIC                     )
CHURCH, Rev. FRANCIS G. DELUCA,              )
and Rev. MICHAEL A. SALTARELLI, in           )
his official capacity,                       )
                                             )
            Defendants.                      )

## MOTION TO DISMISS

Defendants, Catholic Diocese of Wilmington, Inc. and Rev. Michael A.

Saltarelli ("the Diocesan Defendants"), by and through their undersigned counsel, hereby

move for entry of an Order dismissing Plaintiff's First Amended Complaint against them

for the reasons more fully set forth in the Diocesan Defendants' Opening Brief to be filed

with the Court on Wednesday, September 26, 2007 in accordance with the Joint

Stipulation and Order also submitted to Court today.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (Supr. Ct. ID #74)
Neilli Mullen Walsh (Supr. Ct. ID #2707)
Jennifer M. Kinkus (Supr. Ct. ID #4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
E-mail:  aflynn@ycst.com
        nwalsh@ycst.com
        jkinkus@ycst.com

Attorneys for Defendants Catholic Diocese of Wilmington, Inc.
and Rev. Michael A. Saltarelli

Dated: September 12, 2007

066539.1001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBERT QUILL,                             )
                                          )
      Plaintiff,                      )
                                          )
      v.                              )    C.A. No. 07-435-SLR
                                          )
                                          )
CATHOLIC DIOCESE OF                       )
WILMINGTON, INC.,                         )
ST. ELIZABETH'S CATHOLIC                  )
CHURCH, Rev. FRANCIS G. DELUCA,           )
and Rev. MICHAEL A. SALTARELLI, in        )
his official capacity,                    )
                                          )
      Defendants.                     )


## ORDER

Defendants, Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli's, Motion to Dismiss having been duly presented and heard by the Court, it is now hereby ordered this _____ day of _____, 2007, that Defendants' Motion is GRANTED.


_____
United States District Court Judge