IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, | : | C.A. No. 07-435-SLR |
| INC., a Delaware corporation; ST. | : | |
| ELIZABETH'S CATHOLIC CHURCH, a | : | |
| Delaware corporation; Rev. FRANCIS G. | : | Jury Trial Demanded |
| DELUCA, individually and in his official | : | |
| capacity; and Rev. MICHAEL A. | : | |
| SALTARELLI, in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED this __24th__ day of __September__, 2007, having read and considered Defendant St. Elizabeth's Catholic Church's Motion for an Extension of Time to Answer or Otherwise to Respond to the First Amended Complaint, that St. Elizabeth's Motion is **GRANTED**, with the Answer or response due September 28, 2007.

_____
J.