IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT QUILL,** | : | |
| | : | |
|    **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH**, a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : : : : : : : : | C.A. No. 07-435-SLR<br><br>Jury Trial Demanded |
| | : | |
|    **Defendants.** | : | |

**NOTICE OF DEFENDANT ST. ELIZABETH'S CATHOLIC CHURCH'S
ADOPTION OF THE CATHOLIC DIOCESE OF WILMINGTON'S
BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR
<u>LACK OF JURISDICTION OVER THE SUBJECT MATTER</u>**

TO ALL COUNSEL:

     PLEASE TAKE NOTICE that Defendant, St. Elizabeth's Catholic Church ("St. Elizabeth's"), filed its Motion to Dismiss for Lack of Jurisdiction over the Subject Matter on September 27, 2007 (D.I. 23). St. Elizabeth's hereby adopts the Opening Brief (D.I. 22) of the Catholic Diocese of Wilmington as legal support for St. Elizabeth's Motion to Dismiss.

                ELZUFON AUSTIN REARDON
                TARLOV & MONDELL, P.A.

/s/ *Penelope B. O'Connell*
_____
MARK L. REARDON (No. 2627)
PENELOPE B. O'CONNELL (No. 4898)
300 Delaware Avenue, 17th Floor
P. O. Box 1630
Wilmington, DE   19899-1630
PH:  1.302.428.3181
FX:  1.302.428.3180
E-Mail: mreardon@elzufon.com
Attorneys for St. Elizabeth's Catholic Church

Dated:  October 5, 2007