# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>CATHOLIC DIOCESE OF WILMINGTON, )<br>INC., a Delaware corporation; )<br>ST. ELIZABETH'S CATHOLIC CHURCH, )<br>a Delaware corporation; )<br>Rev. FRANCIS G. DELUCA, individually and )<br>in his capacity; and )<br>Rev. MICHAEL A. SALTERELLI, in his )<br>official capacity, )<br>)<br>    Defendants. ) | C.A. No.: 07-435 SLR<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for defendant Rev Francis G. Deluca. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.

The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Rev. Francis G. Deluca

DATED: October 11, 2007

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 11th day of October 2007, a true and correct copy of the attached Entry of Appearance to:

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
Two East Seventh Street
Suite 400
Wilmington, DE 19801

Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark L. Reardon, Esq.
Ezlufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Rev. Francis G. Deluca

Case 1:07-cv-00435-SLR    Document 26    Filed 10/12/2007    Page 3 of 3