IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 07-435-SLR |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation; Rev. FRANCIS G. DELUCA, individually and in his official capacity; and Rev. MICHAEL A. SALTARELLI, in his official capacity, | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S RULE 12(c) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND/OR RULE 56(a), (c) AND (d) MOTION FOR PARTIAL SUMMARY JUDGMENT, ON THE CONSTITUTIONALITY OF THE CHILD VICTIM'S ACT AS WRITTEN UNDER THE U.S. CONSTITUTION**

Pursuant to Fed.R.Civ.P. 12(c) and/or Fed.R.Civ.P. 56(a), (c), and (d), for the reasons stated in the accompanying Opening Brief, and there being no disputed issue of material fact, plaintiff Robert Quill Moves that the Court issue an Order granting him partial judgment on the pleadings and/or partial summary judgment and finding that -

(1)  As a matter of law, the Child Victim's Act, 10 Del.C. § 8145, as written, does not violate the United States Constitution.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**RAEANN WARNER, ESQ. (#4931)**

        Two East Seventh Street, Suite 302
        Wilmington, DE  19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com
        RW@NeubergerLaw.com

**JACOBS & CRUMPLAR, P.A.**

/s/ Robert Jacobs
**ROBERT JACOBS, ESQ. (#244)**
**THOMAS C. CRUMPLAR, ESQ. (#942)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JandCLaw.com
Dated: October 16, 2007    Tom@JandCLaw.com

## CERTIFICATE OF SERVICE

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on October 16, 2007, I electronically filed this Motion with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Anthony G. Flynn, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>aflynn@ycst.com

>Mark Reardon, Esquire
>Elzufon Austin Reardon Tarlov & Mondell
>300 Delaware Avenue, Suite 1700
>P.O. Box 1630
>Wilmington, DE 19899
>mreardon@elzufon.com

>Stephen P. Casarino, Esquire
>Casarino Christman & Shalk, P.A.
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>scasarino@casarino.com

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

/ Quill, Robert / Pleadings / Quill - Motion - Const as Written.final