IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 07-435-SLR |
| | ) |
| CATHOLIC DIOCESE OF | ) |
| WILMINGTON, INC., | ) |
| ST. ELIZABETH'S CATHOLIC | ) |
| CHURCH, Rev. FRANCIS G. DELUCA, | ) |
| and Rev. MICHAEL A. SALTARELLI, in | ) |
| his official capacity, | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS
CATHOLIC DIOCESE OF WILMINGTON, INC. AND BISHOP MICHAEL A.
SALTARELLI TO STRIKE PLAINTIFF'S RULE 12(c) MOTION FOR PARTIAL
JUDGMENT ON THE PLEADINGS, AND/OR RULE 56(a), (c), AND (d)
MOTION FOR PARTIAL SUMMARY JUDGMENT, ON THE
CONSTITUTIONALITY OF THE CHILD VICTIM'S ACT AS WRITTEN
UNDER THE U.S. CONSTITUTION; OR IN THE ALTERNATIVE TO STAY
BRIEFING ON PLAINTIFF'S MOTION; OR IN THE ALTERNATIVE,
<u>TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION</u>**

Defendants Catholic Diocese of Wilmington, Inc. and Bishop Michael A. Saltarelli (collectively the "Moving Defendants"), by and through their undersigned counsel hereby move this Court to Strike Plaintiff's Rule 12(c) Motion for Partial Judgment on the Pleadings, and/or Rule 56(a), (c), and (d) Motion for Partial Summary Judgment, on the Constitutionality of the Child Victim's Act as Written Under the U.S. Constitution (hereinafter "Plaintiff's Motion"); or in the alternative to Stay Briefing on Plaintiff's Motion; or in the alternative to Extend the Time to Respond to Plaintiff's Motion, for the reasons stated below:

1. On Tuesday October 16, 2007 Plaintiff filed his Motion accompanied by an Opening Brief and a 314-page Appendix. (D.I. 27, 28, 29) Pursuant to Local Rule 7.1.2(b), the response of Moving Defendants to Plaintiff's Motion is due on October 30, 2007.

2. On October 18, 2007, the Moving Defendants wrote to Plaintiff's counsel requesting that he withdraw Plaintiff's Motion as premature. (Letter from Mary F. Dugan, Esq. to Stephen Neuberger, Esq., Oct. 18, 2007, attached hereto at Ex. 1) On October 22, 2007, Plaintiff's counsel informed Moving Defendants that he would not withdraw Plaintiff's Motion. (Email from Stephen Neuberger, Esquire to Mary Dugan, Esquire, Oct. 22, 2007, attached hereto at Ex. 2)

3. This Court should strike Plaintiff's Motion because it is premature. Plaintiff's Motion is made pursuant to F.R.C.P. 12(c), Motion for Judgment on the Pleadings. Rule 12(c) provides that a party may file a motion for judgment on the pleadings "after the pleadings are closed but within such time as not to delay the trial."

4. The pleadings in this matter are not closed. Defendant Rev. DeLuca has not yet answered or otherwise responded to the complaint, although counsel has entered an appearance on his behalf. (D.I. 26) On October 19, 2007, Plaintiff filed a Rule 55(b) Motion for a Default Judgment Against Defendant DeLuca and For a Trial on Damages (D.I. 32) and a Rule 55(a) Motion to the Clerk for an Entry of Default. (D.I. 31). Furthermore, the Moving Defendants filed Motions to Dismiss, including on jurisdictional grounds (D.I. 20, 25), and briefing on these Motions will not be complete until November 2, 2007. (D.I. 18)

5.      Therefore, this Court should strike Plaintiff's Motion as premature, without prejudice to Plaintiff's right to re-file it at a later, procedurally appropriate time.

6.      In the alternative, treating Plaintiff's Motion as one for summary judgment, it should be briefed during the period set aside for such motions in the scheduling order to be issued by the Court. Pursuant to the Order for a Scheduling Conference entered by this Court on October 22, 2007 (D.I. 33), a scheduling conference will be held on November 14, 2007 and a scheduling order, including dates for summary judgment motions, will issue shortly thereafter.

7.      After a factual record has been fully developed, Moving Defendants may file a motion for summary judgment challenging the constitutionality of 10 DEL. C. § 8145 under both the federal and state constitutions, as facially unconstitutional and unconstitutional as applied to the facts of this case. It would be an inefficient use of the resources of both counsel and this Court to address constitutional challenges to the same statute at two different junctures in this litigation.

8.      Thus, if this Court treats Plaintiff's Motion as one for summary judgment, Moving Defendants request that briefing on Plaintiff's Motion be stayed until such time as this Court's scheduling order provides for summary judgment motions to be filed and briefed.

9.      Finally, if this Court decides that Plaintiff's Motion is procedurally timely, and this Court does not stay briefing on the Motion, then Moving Defendants request an extension of time in which to respond to Plaintiff's Motion. Plaintiff's Motion

3

addresses a critical issue of first impression – the constitutionality of a Delaware state statute enacted in July 2007 – and cites eighty-four (84) cases from thirty-five (35) different courts. The case law cited by Plaintiff comprises over five hundred (500) pages of court opinions. This amount of judicial authority will require a thorough and full review which Moving Defendants cannot complete by the current response date of October 30, 2007. At a minimum, Moving Defendants request that they be given at least as much time as they would have if Plaintiff's Motion is treated as one for summary judgment.

10. If this Court decides that briefing on Plaintiff's Motion should continue at this stage of the proceedings, then Moving Defendants request permission to file their Answering Brief on or before November 28, 2007, and that Plaintiff's Reply Brief be filed on or before December 18, 2007.

WHEREFORE, Moving Defendants pray that this Court strike Plaintiff's Rule 12 (c) Motion for Partial Judgment on the Pleadings, and/or Rule 56(a), (c), and (d) Motion for Partial Summary Judgment, on the Constitutionality of the Child Victim's Act as Written Under the U.S. Constitution; or in the alternative stay briefing on Plaintiff's, Motion; or in the alternative extend Moving Defendants' time to respond to Plaintiff's Motion until November 28, 2007, and grants such other relief as this Court may deem just and proper.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Neilli Mullen Walsh*
Anthony G. Flynn (#74)
Neilli Mullen Walsh (#2707)

Jennifer M. Kinkus (#4289)
Mary F. Dugan (#4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
E-mail: aflynn@ycst.com
nwalsh@ycst.com
jkinkus@ycst.com
mdugan@ycst.com
Attorneys for Defendants Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli

Date: October 23, 2007

Jennifer M. Kinkus (#4289)
Mary F. Dugan (#4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
E-mail:  aflynn@ycst.com
 nwalsh@ycst.com
 jkinkus@ycst.com
 mdugan@ycst.com
Attorneys for Defendants Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli

Date: October 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL,<br><br>  Plaintiff,<br><br>  v.<br><br>CATHOLIC DIOCESE OF WILMINGTON, INC.,<br>ST. ELIZABETH'S CATHOLIC CHURCH, Rev.<br>FRANCIS G. DELUCA, and Rev. MICHAEL A.<br>SALTARELLI, in his official capacity,<br><br>  Defendants. | C.A. No. 07-435-SLR |

**ORDER**

AND NOW, this ____ day of _____, 2007, having heard Defendants Catholic Diocese of Wilmington, Inc. and Bishop Michael A. Saltarelli's Motion to Strike Plaintiff's Rule 12(c) Motion for Partial Judgment on the Pleadings, and/or Rule 56(a), (c) and (d) Motion for Partial Summary judgment, on the Constitutionality of the Child Victim's Act as Written Under the U.S. Constitution; Or in the Alternative to Stay Briefing on Plaintiff's Motion; Or in the Alternative, to Extend Time to respond to Plaintiff's Motion, and responses thereto,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

_____
Judge Sue L. Robinson

Exhibit "A"

## Dugan, Mary

| | |
|---|---|
| **From:** | Dugan, Mary |
| **Sent:** | Thursday, October 18, 2007 5:21 PM |
| **To:** | 'sjn@neubergerlaw.com' |
| **Cc:** | 'Tom@JandClaw.com'; 'Reardon, Mark'; 'scasarino@casarino.com'; Flynn, Anthony |
| **Subject:** | Quill v. CDOW, et al |
| **Attachments:** | CDOW-Quill-Dugan LT Neuberger.pdf |

Please see attached letter.



CDOW-Quill-Dugan
  LT Neuberger....

Mary F. Dugan
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5028
Facsimile: 302-576-3509
mdugan@ycst.com

This message may contain confidential attorney-client communications or other protected information.  If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it.  If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message.  Thank you for your cooperation.

1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5028
DIRECT FAX: (302) 576-3509
mdugan@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
     (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 18, 2007

**VIA E-MAIL & HAND DELIVERY**

Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 3
Wilmington, Delaware 19801

   Re: *Quill v. Catholic Diocese of Wilmington, Inc., et al.*
     Case No. 07-435 SLR

Dear Steve:

   I write on behalf of our clients, Catholic Diocese of Wilmington (the "Diocese") and Reverend Michael A. Saltarelli ("Bishop Saltarelli"), regarding the Plaintiff's Rule 12(c) Motion for Partial Judgment on Pleadings, and/or Rule 56(a), (c), and (d) Motion for Partial Summary Judgment, on the Constitutionality of the Child Victim's Act as Written under the U.S. Constitution, filed on Tuesday, October 16, 2007 ("Motion").

   For the reasons outlined below, the Diocese and Bishop Saltarelli request that you withdraw your Motion at this time, without prejudice to your right to re-file it at a later, procedurally appropriate date. Rule 12(c) permits the filing of a motion for judgment on the pleadings "after the pleadings are closed but within such time as not to delay the trial." Fed. R. Civ. P. 12(c). The pleadings in this matter are not closed. The Motion to Dismiss filed by the Diocese and the Bishop, which was also adopted by St. Elizabeth's Catholic Church, is still pending. (D.I. 20, 25) The Court has not issued an opinion on the Motion to Dismiss because briefing will not even be complete until November 2, 2007. (D.I. 18) Furthermore, Father DeLuca has not yet answered or otherwise responded to the complaint, although counsel has entered an appearance on his behalf. (D.I. 26)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Stephen J. Neuberger, Esq.
October 18, 2007
Page 2

If, alternatively, Plaintiff's Motion is considered as a Motion for Summary Judgment, it should be briefed during the period set aside for summary judgment motions in a scheduling order to be agreed upon by the parties and the Court. There is no scheduling order in this matter yet, as the Court ordinarily does not require the parties to meet pursuant to Rule 16 or conduct a scheduling conference until after the pleadings are closed and all Rule 12(b) motions have been decided.

The Diocese and Bishop Saltarelli therefore request that you withdraw your Motion at this time. Please respond to me by Monday October 22, 2007, at 5 p.m. regarding this request. If we do not hear from you promptly, we will seek relief from the Court on this issue. Please feel free to call me if you have any questions.

Very truly yours,

Mary F. Dugan

MFD:mej

cc:     Thomas C. Crumplar, Esquire (via e-email)
        Mark L. Reardon, Esquire (via e-mail)
        Stephen P. Casarino, Esquire (via e-mail)
        Anthony G. Flynn, Esquire

# Exhibit "B"

# Dugan, Mary

| | |
|---|---|
| **From:** | Stephen J. Neuberger [SJN@neubergerlaw.com] |
| **Sent:** | Monday, October 22, 2007 4:54 PM |
| **To:** | Dugan, Mary |
| **Cc:** | Tom@JandClaw.com; Reardon, Mark; scasarino@casarino.com; Flynn, Anthony; Thomas S. Neuberger (TSN@NeubergerLaw.com); Robert Jacobs |
| **Subject:** | RE: Quill v. CDOW, et al |

Mary,

Your letter is mistaken on both the facts and the law. Accordingly, your request is declined.

-Steve

-----Original Message-----
From: Dugan, Mary [mailto:mdugan@ycst.com]
Sent: Thursday, October 18, 2007 5:21 PM
To: Stephen J. Neuberger
Cc: Tom@JandClaw.com; Reardon, Mark; scasarino@casarino.com; Flynn, Anthony
Subject: Quill v. CDOW, et al

Please see attached letter.

<<CDOW-Quill-Dugan LT Neuberger.pdf>>

Mary F. Dugan
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5028
Facsimile: 302-576-3509
mdugan@ycst.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

1