IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation; Rev. FRANCIS G. DELUCA, individually and in his official capacity; and Rev. MICHAEL A. SALTARELLI, in his official capacity, | : : : : : : : : | C.A. No. 07-435-SLR<br><br>Jury Trial Demanded |
| | : | |
| Defendants. | : | |

**NOTICE OF DEFENDANT ST. ELIZABETH'S CATHOLIC CHURCH'S ADOPTION OF THE CATHOLIC DIOCESE OF WILMINGTON'S EMERGENCY MOTION TO STRIKE PLAINTIFF'S RULE 12(c) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND/OR RULE 56(a), (c), AND (d) MOTION FOR PARTIAL SUMMARY JUDGMENT, ON THE CONSTITUTIONALITY OF THE CHILD VICTIM'S ACT AS WRITTEN UNDER THE U.S. CONSTITUTION; OR IN THE ALTERNATIVE TO STAY BRIEFING ON PLAINTIFF'S MOTION; OR IN THE ALTERNATIVE, TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION**

TO ALL COUNSEL:

PLEASE TAKE NOTICE that Defendant, St. Elizabeth's Catholic Church hereby adopts the Catholic Diocese of Wilmington's emergency Motion (D.I. 34) to Strike Plaintiff's Rule 12(c) Motion for Partial Judgment on the Pleadings, and/or Rule 56(a), (c), and (d) Motion for Partial Summary Judgment; or in the alternative to stay briefing on Plaintiff's Motion; or in the alternative, to extend time to respond to Plaintiff's Motion.

                    ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ Penelope B. O'Connell*
MARK L. REARDON (No. 2627)
PENELOPE B. O'CONNELL (No. 4898)
300 Delaware Avenue, 17th Floor
P.O. Box 1630
Wilmington, DE 19899-1630
PH:   1.302.428.3181
FX:   1.302.428.3180
mreardon@elzufon.com
Attorneys for St. Elizabeth's Catholic Church

Dated:  October 23, 2007
G:\Docs\CLIENT\131446\19227\notices\00423726.DOC