IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-435-SLR |
| | ) |
| CATHOLIC DIOCESE OF | ) |
| WILMINGTON INC., ST. ELIZABETH'S | ) |
| ROMAN CATHOLIC CHURCH, REV. | ) |
| FRANCIS G. DELUCA, and | ) |
| REV. MICHAEL A. SALTARELLI, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 24th day of October, 2007,

IT IS ORDERED that briefing on the pending motions to strike and to dismiss are stayed until the scheduling teleconference is conducted on November 14, 2007.

_____
United States District Judge