IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
|     Plaintiff, | ) |
| v. | ) Civ. No. 07-435-SLR |
| CATHOLIC DIOCESE OF WILMINGTON INC., ST. ELIZABETH'S ROMAN CATHOLIC CHURCH, REV. FRANCIS G. DELUCA, and REV. MICHAEL A. SALTARELLI, | ) |
|     Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Rev. Francis G. Deluca pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 8, 9, 31)

Dated: November 13, 2007

_____
(By) Deputy Clerk