IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435-SLR |
| | ) | |
| CATHOLIC DIOCESE OF | ) | |
| WILMINGTON, INC., | ) | |
| ST. ELIZABETH'S CATHOLIC | ) | |
| CHURCH, Rev. FRANCIS G. DELUCA, | ) | |
| and Rev. MICHAEL A. SALTARELLI, in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2007, Catholic Diocese of Wilmington, Inc. served copies of Defendant Catholic Diocese of Wilmington, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) upon the following counsel of record as indicated.

### BY HAND DELIVERY & E-MAIL

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
Two East 7th Street, Suite 302
Wilmington, DE 19801

Mark Reardon, Esquire
Penelope O'Connell, Esquire
Elzufon Austin Reardon Tarlov &
Mondell P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
PO Box 1276
Wilmington, DE 19899

Robert Jacobs, Esquire
Thomas C. Crumplar, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

PLEASE TAKE FURTHER NOTICE that on November 14, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Mary F. Dugan_
Anthony G. Flynn (#74)
Neilli Mullen Walsh (#2707)
Jennifer M. Kinkus (#4289)
Mary F. Dugan (#4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
*Attorneys for Defendants Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli*

Dated: November 14, 2007