IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-435-SLR |
| ) | |
| ) | |
| CATHOLIC DIOCESE OF ) | |
| WILMINGTON, INC., ) | |
| ST. ELIZABETH'S CATHOLIC ) | |
| CHURCH, Rev. FRANCIS G. DELUCA, ) | |
| and Rev. MICHAEL A. SALTARELLI, in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on November 1, 2007, St. Elizabeth's Catholic Church served copies of Defendant St. Elizabeth Catholic Church's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) upon the following counsel of record as indicated.

**BY HAND DELIVERY AND E-MAIL**

| | |
|---|---|
| Thomas C. Crumplar, Esquire<br>Jacobs & Crumplar, P.C.<br>2 East 7th Street<br>PO Box 1271<br>Wilmington, DE 19801 | Stephen Neuberger, Esquire<br>Thomas S. Neuberger, Esquire<br>The Neuberger Firm, P.A.<br>2 East 7th Street, Suite 302<br>Wilmington, DE 19801 |
| Anthony G. Flynn, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899 | |

And on November 14, 2007, St. Elizabeth's served a copy of its Initial Disclosures on:

**VIA E-MAIL**
Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

     PLEASE TAKE FURTHER NOTICE that on November 14, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above listed counsel of record.

                          ELZUFON AUSTIN REARDON
                          TARLOV & MONDELL, P.A.

                          MARK L. REARDON (No. 2627)
                          PENELOPE B. O'CONNELL (No. 4898)
                          300 Delaware Avenue, 17th Floor
                          P. O. Box 1630
                          Wilmington, DE  19899-1630
                          PH: 1.302.428.3181
                          FX: 1.302.428.3180
                          E-Mail: mreardon@elzufon.com
                                       poconnell@elzufon.com
                          Attorneys for St. Elizabeth's Catholic Church

Dated: <u>November 14, 2007</u>