IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-435-SLR |
| | ) |
| CATHOLIC DIOCESE OF | ) |
| WILMINGTON INC., ST. ELIZABETH'S | ) |
| ROMAN CATHOLIC CHURCH, REV. | ) |
| FRANCIS G. DELUCA, and | ) |
| REV. MICHAEL A. SALTARELLI, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 14th day of November, 2007, having conferred with counsel;

IT IS ORDERED that plaintiff's motion for judgment on the pleadings (D.I. 27) is denied without prejudice to renew at the close of discovery, in the interests of judicial economy. Defendant's motion to strike (D.I. 34) is denied as moot.

IT IS FURTHER ORDERED that the court will not conduct a hearing relating to plaintiff's motion for default judgment (D.I. 32), as plaintiff has represented that he will withdraw said motion.

_____
United States District Judge