IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT QUILL,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 07-435-SLR |
| | : | |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH,** a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : : : : : : : | |
| | : | |
|     **Defendants.** | : | |

## NOTICE OF SERVICE OF
## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that

on November 6, 2007, I caused **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

**DIRECTED TO ALL DEFENDANTS** to be e-mailed to the following:

Anthony Flynn, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
aflynn@ycst.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

Mark Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mreardon@elzufon.com

                **THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: December 14, 2007    Attorneys for Plaintiff

Quill / Pleadings /Document Production/ Quill - P's First RFP NOS.final