## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ROBERT QUILL,                            )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   ) Civ. No. 07-435-SLR
                                         )
REV. FRANCIS G. DELUCA, et al.,          )
                                         )
        Defendants.                      )

## O R D E R

At Wilmington this 20th day of December, 2007, having received a letter from

plaintiff's counsel (D.I. 56) who claim that defendant DeLuca has not appeared for

deposition, notwithstanding his counsel's representations[1] that he would do so;

IT IS ORDERED that defendant DeLuca shall appear for a deposition on or

before January 15, 2008 (or otherwise by mutual agreement among the parties). If he

does not appear at the scheduled deposition, within five (5) days thereof he shall show

cause why sanctions should not be imposed against him, including the sanction of an

adverse judgment.

_____

United States District Judge

_____

[1]At the November 14, 2007 telephone conference with the court.