# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

December 20, 2007

The Honorable Sue L. Robinson
Lock Box 31
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      RE:    Quill v. Catholic Diocese of Wilmington, et al.
              C.A. No.: 07-435 SLR

Dear Judge Robinson:

      I write in response to Mr. Neuberger's letter of December 19, 2007. I believe Mr. Neuberger has mischaracterized our conversation.

      The deposition of Fr. DeLuca was noticed by plaintiff's counsel for Thursday and Friday, December 20 & 21. Several days ago Mr. Neuberger called me and asked if the depositions would go forward and I told him probably not however I wanted to confer with Fr. DeLuca. Fr. DeLuca has recently been treated for depression and I am currently waiting on a report from his doctor. He has been advised it would probably not be a good time to depose him.

      Fr. DeLuca is willing to be deposed. The problem is that he does not have the financial means to come to Delaware. He is living in Syracuse, New York on a paltry pension and Social Security benefits. I informed Mr. Neuberger that if he were to pay the cost of Fr. DeLuca coming to Delaware then arrangements could be made or in the alternative we could go to New York for his deposition. Mr. Neuberger's response was that I should file a Motion for Protective Order.

      Mr. Neuberger has mischaracterized my comments. Fr. DeLuca does not refuse to appear for a deposition.

      I regret having to write to the court concerning discussions with counsel. It would seem to me, the better approach would be for the attorneys to confirm these things in writing so there can be no misunderstanding.

      If these matters can be resolved by a court conference, then I also welcome one.

        Very truly yours,

        */s/ Stephen P. Casarino*

        STEPHEN P. CASARINO

SPC:pw  
Anthony G. Flynn, Esquire  
Mark L. Reardon, Esquire  
Thomas C. Crumplar, Esquire  
Thomas S. Neuberger, Esquire