# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

December 20, 2007

The Honorable Sue L. Robinson
Lock Box 31
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

   RE: Quill v. Catholic Diocese of Wilmington, et al.
      C.A. No.: 07-435 SLR

Dear Judge Robinson:

  I acknowledge receipt of your order of December 20, 2007 compelling Father DeLuca to appear in Delaware for a deposition. I believe your order was issued before the court had an opportunity to see my response to Mr. Neuberger's letter. Respectfully, Father DeLuca asks the court to defer the order so that we can file a motion for a protective order.

         Very truly yours,

         */s/ Stephen P. Casarino*

         STEPHEN P. CASARINO

SPC:pw
Anthony G. Flynn, Esquire
Mark L. Reardon, Esquire
Thomas C. Crumplar, Esquire
Thomas S. Neuberger, Esquire