# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 07-435 SLR |
| v. | ) |
| | ) |
| CATHOLIC DIOCESE OF WILMINGTON, | ) |
| INC., a Delaware corporation; | ) |
| ST. ELIZABETH'S CATHOLIC CHURCH, | ) |
| a Delaware corporation; | ) |
| Rev. FRANCIS G. DELUCA, individually and | ) |
| in his capacity; and | ) |
| Rev. MICHAEL A. SALTERELLI, in his | ) |
| official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:  Patrick McStravick, Esquire
     Holstein, Keating, Cattell, Johnson & Goldstein, P.C.
     1201 North Orange Street, Suite 730
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of Robert Quill on Thursday, January 10, 2008 beginning at 9:00 a.m. in the office of Stephen P. Casarino, located at 800 North King Street, Suite 200, Wilmington, DE 19802.

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                         /s/ Stephen P. Casarino
                                        STEPHEN P. CASARINO, ESQ
                                        I.D. No. 174
                                        800 N. King Street, Suite 200
                                        Wilmington, DE 19899-1276
                                        (302) 594-4500
                                        Attorney for Defendant Rev. Francis G. Deluca

Dated: January 2, 2008

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 2nd day of January 2008, a true and correct copy of the attached Notice of Deposition to:

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
Two East Seventh Street
Suite 400
Wilmington, DE 19801

Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark L. Reardon, Esq.
Ezlufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Mary E. Sherlock, Esquire
8 The Green, Suite 4
Dover, De 19901

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                        /s/ Stephen P. Casarino
                                        STEPHEN P. CASARINO, ESQ
                                        I.D. No. 174
                                        800 N. King Street, Suite 200
                                        Wilmington, DE 19899-1276
                                        (302) 594-4500
                                        Attorney for Defendant Rev. Francis G. Deluca