# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, )<br> )<br> Plaintiff, )<br> )   C.A. No.: 07-435 SLR<br> v. )<br> )<br>CATHOLIC DIOCESE OF WILMINGTON, )<br>INC., a Delaware corporation; )<br>ST. ELIZABETH'S CATHOLIC CHURCH, )<br>a Delaware corporation; )<br>Rev. FRANCIS G. DELUCA, individually and )<br>in his capacity; and )<br>Rev. MICHAEL A. SALTERELLI, in his )<br>official capacity, )<br> )<br> Defendants. ) | |

**NOTICE OF DEPOSITION**

TO:  Thomas S. Neuberger, Esq.
     The Neuberger Firm, P.A.
     Two East Seventh Street
     Suite 302
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of Robert Quill on Thursday, January 10, 2008 beginning at 9:00 a.m. in the office of Stephen P. Casarino, located at 800 North King Street, Suite 200, Wilmington, DE 19802.

                               CASARINO, CHRISTMAN & SHALK, P.A.

                                /s/ Stephen P. Casarino
                               STEPHEN P. CASARINO, ESQ
                               I.D. No. 174
                               800 N. King Street, Suite 200
                               Wilmington, DE 19899-1276
                               (302) 594-4500
                               Attorney for Defendant Rev. Francis G. Deluca

Dated: January 3, 2008

**CERTIFICATE OF SERVICE**

    I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 3nd day of January 2008, a true and correct copy of the attached Notice of Deposition to:

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark L. Reardon, Esq.
Ezlufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Rev. Francis G. Deluca