IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-435-SLR |
| ) | |
| ) | |
| CATHOLIC DIOCESE OF ) | |
| WILMINGTON, INC., ) | |
| ST. ELIZABETH'S CATHOLIC ) | |
| CHURCH, Rev. FRANCIS G. DELUCA, ) | |
| and Rev. MICHAEL A. SALTARELLI, in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 4, 2008, Defendant St. Elizabeth's Catholic Church, on January 4, 2008, served via E-MAIL to counsel of record its responses to Plaintiff's First Request for Production Directed to All Defendants. Responsive documents were contemporaneously served via E-MAIL to:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
2 East 7th Street, Suite 302
Wilmington, DE 19801
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

| | |
|---|---|
| Anthony G. Flynn, Esquire | Thomas C. Crumplar, Esquire |
| Neilli M. Walsh, Esquire | Robert Jacobs, Esquire |
| Young Conaway Stargatt & Taylor | Jacobs & Crumplar, P.A. |
| 1000 West Street, 17th Floor | 2 east 7th Street |
| P. O. Box 391 | P.O. Box 1271 |
| Wilmington, DE 19899 | Wilmington, De 19801 |
| aflynn@ycst.com | Tom@JandClaw.com |
| nwalsh@ycst.com | Bob@JandClaw.com |

PLEASE TAKE FURTHER NOTICE that on January 4, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above-listed counsel of record.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Penelope B. O'Connell

MARK L. REARDON (BAR ID #2627)
PENELOPE B. O'CONNELL (BAR ID#4898)
300 Delaware Avenue, 17th Floor
P. O. Box 1630
Wilmington, DE  19899-1630
PH:  1.302.428.3181
FX:  1.302.428.3180
E-Mail: mreardon@elzufon.com
E-Mail: poconnell@elzufon.com

Dated:  January 4, 2008
G:\Docs\CLIENT\131446\19227\notices\00434350.DOC