IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT QUILL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 07-435-SLR |
| | : | |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH**, a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF
## PLAINTIFF'S PRODUCTION OF DOCUMENTS

I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on December 5, 2007, I served Plaintiff's first production of documents, labeled P1-P1226, upon counsel below via Hand Delivery. On January 4, 2008, I served Plaintiff's second production of documents, labeled P1227-P2146, and a DVD labeled "Wildwood, NJ" upon counsel below via U.S. Mail:

Anthony Flynn, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
aflynn@ycst.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

Mark Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mreardon@elzufon.com

                **THE NEUBERGER FIRM, P.A.**

                /s/ Raeann Warner
                **THOMAS S. NEUBERGER, ESQ. (#243)**
                **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                **RAEANN WARNER, ESQ. (#4931)**
                Two East Seventh Street, Suite 302
                Wilmington, Delaware 19801
                (302) 655-0582
                TSN@NeubergerLaw.com
                SJN@NeubergerLaw.com
                RW@NeubergerLaw.com

Dated: January 7, 2008        Attorneys for Plaintiff

Quill / Pleadings /Document Production/ Quill - P's 1st & 2nd Production.NOS.final