## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT QUILL,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | :     C.A.No. 07-435-SLR |
| | : |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH**, a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : |
| | : |
|     **Defendants.** | : |

## NOTICE OF SERVICE OF
## PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO ALL DEFENDANTS AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO ALL DEFENDANTS

    I, Raeann Warner, being a member of the Bar of this Court, do hereby certify that on January 9, 2008, I served a copy of Plaintiff's First Set of Interrogatories and Plaintiff's Second Request for Production of Documents Directed to all Defendants upon the following counsel via E-Mail and U.S. Mail:

| | |
|---|---|
| Anthony Flynn, Esquire | Stephen P. Casarino, Esquire |
| Young Conaway Stargatt & Taylor LLP | Casarino Christman & Shalk, P.A. |
| 1000 West Street, 17th Floor | 800 North King Street, Suite 200 |
| P.O. Box 391 | P.O. Box 1276 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899 |
| aflynn@ycst.com | scasarino@casarino.com |

Mark Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mreardon@elzufon.com

          **THE NEUBERGER FIRM, P.A.**

          /s/ Raeann Warner
          **THOMAS S. NEUBERGER, ESQ. (#243)**
          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
          **RAEANN WARNER, ESQ. (#4931)**
          Two East Seventh Street, Suite 302
          Wilmington, Delaware 19801
          (302) 655-0582
          TSN@NeubergerLaw.com
          SJN@NeubergerLaw.com
          RW@NeubergerLaw.com

Dated: January 9, 2008        Attorneys for Plaintiff

Quill / Pleadings /Document Production/ Quill -NOS 1st rogs and 2ndRFPs.wpd