IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT QUILL,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | :    C.A.No. 07-435-SLR |
| | : |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH**, a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : |
| | : |
|     **Defendants.** | : |

## NOTICE OF DEPOSITION

TO:

| | |
|---|---|
| Stephen P. Casarino, Esquire | Anthony G. Flynn, Esquire |
| Casarino Christman & Shalk, P.A. | Young Conaway Stargatt & Taylor LLP |
| 800 North King Street, Suite 200 | 1000 West Street, 17th Floor |
| P.O. Box 1276 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| scasarino@casarino.com | aflynn@ycst.com |
| | |
| | Mark Reardon, Esquire |
| | Elzufon Austin Reardon Tarlov & Mondell |
| | 300 Delaware Avenue, Suite 1700 |
| | P.O. Box 1630 |
| | Wilmington, DE 19899 |
| | mreardon@elzufon.com |

    PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition for trial use of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.  This deposition will be recorded by video and stenographic means.

2

| **NAME** | **DATE AND TIME** |
|---|---|
| Defendant Francis G. DeLuca | February 5-6, 2008 at 10:00am |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: January 10, 2008        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Raeann Warner, being a member of the bar of this Court do hereby certify that on January 10, 2008, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Anthony G. Flynn, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>aflynn@ycst.com
>
>Mark Reardon, Esquire
>Elzufon Austin Reardon Tarlov & Mondell
>300 Delaware Avenue, Suite 1700
>P.O. Box 1630
>Wilmington, DE 19899
>mreardon@elzufon.com
>
>Stephen P. Casarino, Esquire
>Casarino Christman & Shalk, P.A.
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>scasarino@casarino.com

>/s/ Raeann Warner
>**RAEANN WARNER, ESQ.**

cc:   Court Reporters
      Videographer
      Client

Quill / Pleadings / Notice of Depositions / Notice of Depositions (3)