IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-435-SLR |
| | ) ) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., ST. ELIZABETH'S CATHOLIC CHURCH, Rev. FRANCIS G. DELUCA, and Rev. MICHAEL A. SALTARELLI, in his official capacity, | ) ) ) ) ) ) |
|       Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby agreed among the parties, by and through their undersigned counsel, that Bishop Michael A. Saltarelli shall be dismissed, with prejudice, as a Defendant in this action.

| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Steve J. Neuberger | /s/ Jennifer M. Kinkus |
| Thomas S. Neuberger, Esq. (#243) | Anthony G. Flynn (#74) |
| Stephen J. Neuberger, Esq. (#4440) | Neilli Mullen Walsh (#2707) |
| The Neuberger Firm, P.A. | Jennifer M. Kinkus (#4289) |
| Two East 7th Street, Suite 302 | Mary F. Dugan (#4704) |
| Wilmington, DE 19801 | The Brandywine Building |
| E-mail: tsn@neubergerlaw.com | 1000 West Street, 17th Floor |
|        sjn@neubergerlaw.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | (302) 571-6600 |
| | E-mail: aflynn@ycst.com |
| |        nwalsh@ycst.com |
| Dated: January 8, 2008 |        jkinkus@ycst.com |
| | *Attorneys for Defendants Catholic Diocese of Wilmington, Inc. and Bishop Michael A. Saltarelli* |
| | Dated: January 8, 2008 |

| | |
|---|---|
| ELZUFON AUSTIN REARDON<br>TARLOV & MONDELL, P.A. | CASARINO CHRISTMAN & SHALK, P.A. |
| /s/ Penelope B. O'Connell<br>Mark L. Reardon, Esq. (#2627)<br>Penelope B. O'Connell, Esq. (#4898)<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19899-1630<br>(302) 428-3181<br>E-mail: mreardon@elzufon.com<br>*Attorneys for*<br>*St. Elizabeth's Catholic Church* | /s/ Stephen P. Casarino<br>Stephen P. Casarino, Esq. (#174)<br>800 North King Street, Suite 200<br>PO Box 1276<br>Wilmington, DE 19899<br>(302) 594-4500<br>E-mail: scasarino@casarino.com<br>*Attorneys for Rev. Francis G. DeLuca* |
| Dated: January 9, 2008 | Dated: January 17, 2008 |

SO ORDERED this _____ day of _____, 2008.

_____
J.