# CASARINO, CHRISTMAN & SHALK, P.A.
## ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

February 1, 2008

The Honorable Sue L. Robinson
Lock Box 31
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: Quill v. Catholic Diocese of Wilmington, et al.
C.A. No.: 07-435 SLR

Dear Judge Robinson:

The deposition of Father DeLuca is currently scheduled for February 5 and 6, 2008. The parties have not as yet agreed to any sort of confidentiality order. I would ask the court to order that the deposition be under seal until such time as the parties can agree on a form of order or the court makes a final decision on confidentiality. My fear is that if the court does not give us at least a temporary order, that Father DeLuca's testimony will find its way into the press and will involve sensitive matters which may eventually be considered confidential.

Thank you for your consideration.

Respectfully yours,

STEPHEN P. CASARINO

SPC/rt

cc: Anthony G. Flynn, Esquire
Mark L. Reardon, Esquire
Thomas C. Crumplar, Esquire
Thomas Neuberger, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL,<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC DIOCESE OF WILMINGTON,<br>INC., a Delaware corporation;<br>ST. ELIZABETH'S CATHOLIC CHURCH,<br>a Delaware corporation;<br>Rev. FRANCIS G. DELUCA, individually and<br>in his capacity; and<br>Rev. MICHAEL A. SALTERELLI, in his<br>official capacity,<br><br>    Defendants. | C.A. No.: 07-435 SLR |

## ORDER

  IT IS HEREBY ORDERED until further notice that the deposition testimony of Father DeLuca shall be considered confidential and placed under Seal.

                _____
                  Sue L. Robinson,  J.

Dated: _____