IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No.: 07-435 SLR |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation; Rev. FRANCIS G. DELUCA, individually and in his capacity; and Rev. MICHAEL A. SALTERELLI, in his official capacity, | ) |
|       Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED until further notice that the deposition testimony of Father DeLuca shall be considered confidential and placed under Seal for thirty (30) days. If the parties have not reached consensus on a confidentiality agreement at that time, each party shall submit its proposed form of confidentiality agreement; the court shall choose which proposal to adopt.

_____
Sue L. Robinson, J.

Dated: 2/4/08