**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ROBERT QUILL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No. 07-435-SLR |
| : | |
| **CATHOLIC DIOCESE OF WILMINGTON,** : | |
| **INC., a Delaware corporation; ST.** : | |
| **ELIZABETH'S CATHOLIC CHURCH, a** : | |
| **Delaware corporation; Rev. FRANCIS G.** : | |
| **DELUCA, individually and in his official** : | |
| **capacity; and Rev. MICHAEL A.** : | |
| **SALTARELLI, in his official capacity,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

Please take notice that on February 4, 2008, I, Stephen J. Neuberger caused **Plaintiff's Answers and Objections to Defendants Catholic Diocese of Wilmington, Inc.'s First Request for Production of Documents and Things Directed to Plainiff** to be served, via E-Mail, to Counsel below.  On February 4, 2008 I further caused Plaintiff's documents responsive to Defendants' requests for production, P2147-P2226, to be served via U.S. Mail to the following Counsel:

Anthony Flynn, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
aflynn@ycst.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

Mark Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mreardon@elzufon.com

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: February 4, 2008        Attorneys for Plaintiff

Quill / Pleadings /Document Production/ Quill -NOS P's response to CDOW's 1st rfps and production of docs.wpd