# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT QUILL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 07-435-SLR |
| | : | |
| **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; **ST. ELIZABETH'S CATHOLIC CHURCH**, a Delaware corporation; Rev. **FRANCIS G. DELUCA**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

Please take notice that on February 6, 2008, I, Stephen J. Neuberger caused **Plaintiff's Answers and Objections to Defendants Catholic Diocese of Wilmington, Inc.'s First Set of Interrogatories Directed to Plaintiff** to be served, via E-Mail, on Counsel below.

Anthony Flynn, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
aflynn@ycst.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

Mark Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mreardon@elzufon.com

                      **THE NEUBERGER FIRM, P.A.**

                      /s/ Stephen J. Neuberger
                      **THOMAS S. NEUBERGER, ESQ. (#243)**
                      **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                      Two East Seventh Street, Suite 302
                      Wilmington, Delaware 19801
                      (302) 655-0582
                      TSN@NeubergerLaw.com
                      SJN@NeubergerLaw.com

Dated: February 6, 2008        Attorneys for Plaintiff

Quill / Pleadings /Document Production/ Quill -NOS P's response to CDOW's 1st Rogs