## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435-SLR |
| | ) | |
| | ) | |
| CATHOLIC DIOCESE OF | ) | |
| WILMINGTON, INC., | ) | |
| ST. ELIZABETH'S CATHOLIC | ) | |
| CHURCH, Rev. FRANCIS G. DELUCA, | ) | |
| and Rev. MICHAEL A. SALTARELLI, in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2008, Defendant St. Elizabeth's Catholic Church, on February 8, 2008, served via E-MAIL to counsel of record its responses to Plaintiff's Second Request for Production Directed to All Defendants and its Responses to Plainitff's Medical Treatment Contention Interrogatories Directed to All Defendants. Responsive documents were contemporaneously served via E-MAIL to:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
2 East 7th Street, Suite 302
Wilmington, DE 19801
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Stephen P. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
scasarino@casarino.com

| | |
|---|---|
| Anthony G. Flynn, Esquire | Thomas C. Crumplar, Esquire |
| Neilli M. Walsh, Esquire | Robert Jacobs, Esquire |
| Young Conaway Stargatt & Taylor | Jacobs & Crumplar, P.A. |
| 1000 West Street, 17th Floor | 2 east 7th Street |
| P. O. Box 391 | P.O. Box 1271 |
| Wilmington, DE 19899 | Wilmington, De 19801 |
| aflynn@ycst.com | Tom@JandClaw.com |
| nwalsh@ycst.com | Bob@JandClaw.com |

PLEASE TAKE FURTHER NOTICE that on February 8, 2008, this Notice of Service

was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that

such filing is available for viewing and downloading to the above-listed counsel of record.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Penelope B. O'Connell

MARK L. REARDON (BAR ID #2627)
PENELOPE B. O'CONNELL (BAR ID#4898)
300 Delaware Avenue, 17th Floor
P. O. Box 1630
Wilmington, DE   19899-1630
PH:  1.302.428.3181
FX:  1.302.428.3180
E-Mail: mreardon@elzufon.com
E-Mail: poconnell@elzufon.com

Dated:  February 8, 2008
G:\Docs\CLIENT\131446\19227\notices\00434350.DOC