IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 07-435-SLR |
| ) | |
| ) | |
| CATHOLIC DIOCESE OF ) | |
| WILMINGTON, INC., a Delaware ) | |
| Corporation; ST. ELIZABETH'S ) | |
| CATHOLIC CHURCH, a Delaware ) | Jury Trial Demanded |
| Corporation; Rev. FRANCIS G. DELUCA, ) | |
| individually and in his official capacity; ) | |
| and Rev. MICHAEL A. SALTARELLI, in ) | |
| his official capacity, ) | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 8, 2008, counsel for the Defendant, Catholic Diocese of Wilmington, Inc. served copies of the **Objections and Responses of Catholic Diocese of Wilmington, Inc. to Plaintiff's First Set of Interrogatories Directed to All Defendants** and the **Objections and Responses of Catholic Diocese of Wilmington, Inc. to Plaintiff's Second Request for Production Directed to All Defendants** and this Notice upon the following counsel of record as indicated.

**BY HAND DELIVERY & ELECTRONIC MAIL**

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
Two East 7th Street, Suite 302
Wilmington, DE 19801
sjn@neubergerlaw.com
tsn@neubergerlaw.com

Mark Reardon, Esquire
Penelope O'Connell, Esquire
Elzufon Austin Reardon Tarlov &
Mondell P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801
mreardon@elzufon.com
poconnell@elzufon.com

| | |
|---|---|
| Stephen P. Casarino, Esquire<br>Casarino Christman & Shalk, P.A.<br>800 North King Street, Suite 200<br>PO Box 1276<br>Wilmington, DE 19899<br>scasarino@casarino.com | Robert Jacobs, Esquire<br>Thomas C. Crumplar, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899<br>Bob@JandClaw.com<br>Tom@JandClaw.com |

PLEASE TAKE FURTHER NOTICE that on February 8, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Mary F. Dugan_
Anthony G. Flynn (#74)
Neilli Mullen Walsh (#2707)
Jennifer M. Kinkus (#4289)
Mary F. Dugan (#4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
*Attorneys for Defendant Catholic Diocese of Wilmington, Inc.*

Dated: February 8, 2008