IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-435-SLR |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation; and Rev. FRANCIS G. DELUCA, individually and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **11th** day of **February, 2008**.

IT IS ORDERED that a status teleconference has been scheduled for **March 5, 2008 at 3:30 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

IT IS FURTHER ORDERED that the mediation conference scheduled for **February 13, 2008 at 10:00 a.m.** is **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE