IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-435-SLR |
| | ) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 12th day of February, 2008, having conferred with counsel; and having conducted an <u>in camera</u> inspection of certain medical records;

IT IS ORDERED that said records (CDOW_FGD00235-247, 524-527) should be produced to plaintiff, under seal,[1] as they contain relevant evidence.

_____
United States District Judge

---

[1] The parties have been ordered to reach agreement on a protective order, which shall address the above documents.