## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL,                        ) | |
|         Plaintiff,       ) | |
|                          ) | C.A. No.: 07-435 SLR |
|     v.                       ) | |
|                          ) | |
| CATHOLIC DIOCESE OF WILMINGTON,      ) | |
| INC., a Delaware corporation;        ) | |
| ST. ELIZABETH'S CATHOLIC CHURCH,     ) | |
| a Delaware corporation;              ) | |
| Rev. FRANCIS G. DELUCA, individually and ) | |
| in his capacity; and                 ) | |
| Rev. MICHAEL A. SALTERELLI, in his   ) | |
| official capacity,                   ) | |
|         Defendants.     ) | |

### NOTICE OF DEPOSITION

TO:    Thomas S. Neuberger, Esq.
          The Neuberger Firm, P.A.
          Two East Seventh Street
          Suite 302
          Wilmington, DE 19801

**PLEASE TAKE NOTICE** pursuant to court order, the undersigned attorney will take the deposition of Robert Quill on Wednesday, February 27, 2008 beginning at 10:00 a.m. The deposition will of Robert Quill will be held in the office of Stephen P. Casarino, located at 800 North King Street, Suite 200, Wilmington, DE 19802.

                                      CASARINO, CHRISTMAN & SHALK, P.A.

                                      /s/ Stephen P. Casarino
                                    STEPHEN P. CASARINO, ESQ
                                    I.D. No. 174
                                    800 N. King Street, Suite 200
                                    Wilmington, DE 19899-1276
                                    (302) 594-4500
                                    Attorney for Defendant Rev. Francis G. Deluca

Dated: February 18, 2008

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 18th day of February 2008, a true and correct copy of the attached Notice of Deposition to:

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark L. Reardon, Esq.
Ezlufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 400
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Rev. Francis G. Deluca