IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT QUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-435-SLR |
| | ) |
| CATHOLIC DIOCESE OF | ) |
| WILMINGTON, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 20th day of February, 2008, having conferred with counsel;

IT IS ORDERED that:

1. Plaintiff's deposition, currently scheduled for February 21, 2008, is postponed until further order of the court.

2. On **March 5, 2008,** if the matter has not been amicably resolved, counsel for defendant Deluca shall file a motion to seal his deposition. Briefing on said motion shall proceed consistently with D. Del. LR 7.1.2 (b).

3. Plaintiff shall not file any contested motions to dismiss until the court has resolved the above matter.

                                                 _____
                                                 United States District Judge