IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 07-435-SLR |
| | : | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; ST. ELIZABETH'S CATHOLIC CHURCH, a Delaware corporation;  Rev. FRANCIS G. DELUCA, individually and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

**STIPULATED ORDER OF DISMISSAL OF REV. FRANCIS G. DELUCA**

It is hereby STIPULATED and AGREED by and between plaintiff Robert Quill and defendant Rev. Francis G. DeLuca, subject to the approval of the Court, that:

1. Rev. DeLuca's deposition is sealed.

2. Plaintiff's deposition shall not take place.

3. Plaintiff's medical records and other documents produced by plaintiff in discovery shall be immediately destroyed by all defendants.

4. The deposition of Rev. DeLuca can be shown to or discussed with anyone associated with the contemplated or pending litigation relating to Rev. DeLuca upon execution of an affidavit of compliance with the Court's Order and submission to the Court's jurisdiction to address breach of the Court's Order.

5. "Associated with" means: (a) counsel and their staff; (b) any plaintiff; (c) any defendant; (d) immediate family members of any plaintiff; (e) consultative or forensic experts; and (f) healthcare providers.

6. "Associated with" does not mean the media or similar organizations.

7. To the extent the deposition must be filed with another court as part of future litigation, mediation, arbitration or other alternative dispute resolution relating to Rev. DeLuca, it shall be filed under seal.

8. In such a court case in any other Delaware court, the sealed judicial record can be unsealed in whole or in part by that court without having to come back to the U.S. District Court for the District of Delaware for permission.

9. The Court retains jurisdiction to entertain any other anticipated applications regarding use of the deposition.

10. All claims of plaintiff Robert Quill against defendant DeLuca are hereby dismissed with prejudice with each side to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **CASARINO CHRISTMAN & SHALK, P.A.** |
| /s/ Stephen J. Neuberger | /s/ Stephen P. Casarino |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **STEPHEN P. CASARINO, ESQ. (#174)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | 800 North King Street, Suite 200 |
| Two East Seventh Street, Suite 302 | P.O. Box 1276 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-0582 | scasarino@casarino.com |
| TSN@NeubergerLaw.com | |
| SJN@NeubergerLaw.com | Attorney for Defendant Francis G. DeLuca |
| | |
| **ROBERT JACOBS, ESQ. (#244)** | Dated: March 1, 2008 |
| **THOMAS C. CRUMPLAR, ESQ. (#942)** | |
| **JACOBS & CRUMPLAR, P.A.** | |
| Two East Seventh Street, Suite 400 | |
| Wilmington, DE 19801 | |
| (302) 656-5445 | |
| Bob@JandCLaw.com | |
| Tom@JandCLaw.com | |

Attorneys for Plaintiff Robert Quill

Dated: March 1, 2008

**IT IS SO ORDERED THIS _____DAY OF _____, 2008**

_____
**THE HONORABLE SUE L. ROBINSON**