# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
  *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 1, 2008                                             **VIA CM/ECF**

The Honorable Sue L. Robinson
Lock Box 31
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**RE:   Quill v. Catholic Diocese of Wilmington, et al., C.A. No. 07-435 (SLR)**

Dear Judge Robinson:

    I jointly submit this letter on behalf of myself and Mr. Casarino, counsel for defendant Rev. DeLuca.

    We have continued our discussions, each side has compromised and reached the agreement set forth in the stipulation of dismissal which is being contemporaneously filed.

    I am at the Court's disposal to address this matter further.

Respectfully Submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   All counsel (via CM/ECF)

/ Quill, Robert / Letters / Robinson.06