IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT QUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-435-SLR |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., ST. ELIZABETH'S CATHOLIC CHURCH, and Rev. FRANCIS G. DELUCA, , | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, Catholic Diocese of Wilmington, Inc. and St. Elizabeth's Catholic Church, through their undersigned counsel, and subject to approval by the Court, that all claims of plaintiff Robert Quill against defendants Catholic Diocese of Wilmington, Inc. and St. Elizabeth's Catholic Church, and all claims of defendants Catholic Diocese of Wilmington, Inc. and St. Elizabeth's Catholic Church, are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ Stephen J. Neuberger | /s/ Jennifer M. Kinkus |
| Thomas S. Neuberger, Esq. (#243) | Anthony G. Flynn (#74) |
| Stephen J. Neuberger, Esq. (#4440) | Neilli Mullen Walsh (#2707) |
| The Neuberger Firm, P.A. | Jennifer M. Kinkus (#4289) |
| Two East 7th Street, Suite 302 | Mary F. Dugan (#4704) |
| Wilmington, DE 19801 | The Brandywine Building |
| E-mail: tsn@neubergerlaw.com | 1000 West Street, 17th Floor |
|          sjn@neubergerlaw.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | (302) 571-6600 |

Dated: 3/4/08

E-mail: aflynn@ycst.com
nwalsh@ycst.com
jkinkus@ycst.com
*Attorneys for Defendant Catholic Diocese of Wilmington, Inc.*
Dated: 3/4/08

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Mark L. Reardon
Mark L. Reardon, Esq. (#2627)
Penelope B. O'Connell, Esq. (#4898)
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899-1630
(302) 428-3181
E-mail: mreardon@elzufon.com
poconnell@elzufon.com
*Attorneys for
St. Elizabeth's Catholic Church*
Dated: 3/4/08

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Sue L. Robinson